112 A.3d 589

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ANTOINE STEVENS, DEFENDANT–APPELLANT.

February 28, 2013.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

112 A.3d 589

HILL INTERNATIONAL, INC., PLAINTIFF, v. ATLANTIC
CITY BOARD OF EDUCATION, DEFENDANT.

COBRA CONSTRUCTION COMPANY, INC., PLAINTIFF–RESPON-
DENT, v. ATLANTIC CITY BOARD OF EDUCATION, DE-
FENDANT, AND SOSH ARCHITECTS AND PATRICK J.
GALLAGHER, DEFENDANTS/THIRD–PARTY PLAINTIFFS–
MOVANTS, v. CZAR ENGINEERING, THIRD–PARTY DEFEN-
DANT/FOURTH–PARTY PLAINTIFF, AND ARTHUR W. PON-
ZIO CO. & ASSOCIATES, INC., THIRD–PARTY DEFEN-
DANT/FOURTH–PARTY PLAINTIFF, v. CRAIG TEST BORING
CO., INC., AND CRAIG TESTING LABORATORIES, INC.,
FOURTH–PARTY DEFENDANTS.

April 24, 2015.

It is ORDERED that the motion for leave to appeal is granted.